# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL C. MULENGA

NO. 2021 KW 0426

**JUNE 21, 2021**

---

In Re:    Michael C. Mulenga, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0951-M-2020.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

   **WRIT DENIED.**

JMG
JMM
PMc

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT